# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:  

Christopher S. Gutreuter and Kristina A. Gutreuter  

     Debtor(s)  

SSN/Individual Taxpayer ID Number (ITIN):  

xxx−xx−5029   xxx−xx−9712  

In Proceedings  
Under Chapter 13  

BK 08−31364

## ORDER

    This matter is before the Court *sua sponte*. The debtor(s) having failed to timely comply with an order, document #138, entered by the Court on August 17, 2009, IT IS ORDERED that the above−captioned case is DISMISSED. [1]

ENTERED: September 17, 2009           /s/ Kenneth J. Meyers  
                                                                   UNITED STATES BANKRUPTCY JUDGE

_____

[1] The order advised the debtor(s) that failure to comply within the allotted time could result in the dismissal of this case.